MICHAEL RUDERMAN, Appellant, v. COLUMBIA TRAINA, as Executrix, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

SOLOMON KASHMAN v. EDWARD STARKMAN.— Motion denied. (See *Scott & Co., Inc.* v. *Scott,* 186 App. Div. 518, decided herewith.) Present —Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

NORA SWEENEY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.; Laughlin, J., dissented on the ground that, in his opinion, the court erred in refusing to charge the next to the last request of the defendant. .

JAMES L. STEUART and Another, Practicing Law under the Firm Name of STEUART & PERRY, and Others, Respondents, v. LOUIS D'ESTERRE and Others, Impleaded with HERBERT P. QUEAL and Another, as Cotrustees, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

WILLIAM LEVIN, Appellant, v. NEW ENGLAND CASUALTY COMPANY, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.; Clarke, P. J., dissented and voted for reversal and reinstatement of verdict.

SARAH ROTHMAN, Appellant, v. SOUTH JERSEY LAND COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

EUSTACE CONWAY, as General Guardian of LILA FRANCES SCOVILLE, an Infant, Respondent, v. GEORGE T. MAXWELL and Another, Individually and as Surviving Members of the Firm of MAXWELL & SCOVILLE, Appellants. — Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.; Dowling and Merrell, JJ., dissented.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MULCAHEY, Appellant.— Judgment and order affirmed. No opinion. Order filed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

R. & L. COMPANY, INC., Respondent, v. NATIONAL SURETY COMPANY and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.